UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Stephen M Sherwood
    Patty Jo Sherwood
         Debtor(s)

Case No. 14-04610

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2014.

2) The plan was confirmed on 05/16/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/28/2014.

5) The case was dismissed on 09/12/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $961.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $39.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,000.00

Attorney fees paid and disclosed by debtor:   $23.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACTIVITY COLLECTION SERVICES | Unsecured | NA | 169.54 | 169.54 | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 90.00 | 265.45 | 265.45 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1,673.00 | 1,867.36 | 1,867.36 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 3,639.98 | 3,899.27 | 3,899.27 | 0.00 | 0.00 |
| DUPAGE COUNTY CIRCUIT COURT | Unsecured | 1,284.44 | 1,284.40 | 1,284.40 | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 254.00 | 254.04 | 254.04 | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 645.00 | 2,147.43 | 2,147.43 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 118.14 | 118.14 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 404.89 | 404.89 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 212.40 | 212.40 | 0.00 | 0.00 |
| LIVINGSTON FINANCIAL LLC | Unsecured | 1,299.00 | 1,299.67 | 1,299.67 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 889.58 | 889.58 | 889.58 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,513.00 | 1,512.94 | 1,512.94 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,278.00 | 1,278.16 | 1,278.16 | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 2,788.00 | 3,192.91 | 3,192.91 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 504.00 | 504.04 | 504.04 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 425.00 | 425.41 | 425.41 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 21,539.38 | 21,539.38 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 25.00 | 25.94 | 25.94 | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL GROUP NFF | Unsecured | 28.57 | NA | NA | 0.00 | 0.00 |
| RECOVERY PARTNERS LLC | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQ LLC | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST ENDOSCOPY CENTER | Unsecured | 72.06 | NA | NA | 0.00 | 0.00 |
| MIDWEST ENT CONSULTANTS LTD | Unsecured | 87.96 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGEN | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGEN | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT FRES | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATE ATTORNEY B/ | Unsecured | 337.83 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 1,230.00 | NA | NA | 0.00 | 0.00 |
| SUBARBAN GASTROENTEROLOGY L | Unsecured | 115.80 | NA | NA | 0.00 | 0.00 |
| SURGICAL PRACTICE LTD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 149.49 | NA | NA | 0.00 | 0.00 |
| DUPAGE UROLOGY | Unsecured | 29.10 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIA | Unsecured | 98.21 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 4,972.29 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 84.80 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAGI | Unsecured | 172.60 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF ALISON I BLAINE/KC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| MARY REVELES/CIRCUIT COURT OF | Unsecured | 2,168.00 | NA | NA | 0.00 | 0.00 |
| MASSAGE ENVY/SHOREWOOD | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 397.57 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU COLLECTION SERV | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RCVRY | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RCVRY | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT AND A | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT AND A | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT AND A/HEAR | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANT | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| AMERASSIST AR SOLUTION | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| ANEW DENTAL AND ORTHODONTIC | Unsecured | 264.05 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATG CREDIT | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | 14,129.81 | 16,971.45 | 16,971.45 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 17,613.00 | 17,691.95 | 17,691.95 | 0.00 | 0.00 |
| UNIVERSAL ACCEPTANCE | Unsecured | 3,280.00 | 3,280.23 | 3,280.23 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$79,234.58** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,000.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$1,000.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/13/2014    By: /s/ Glenn Stearns
                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**